UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEIVI BOLIVAR REYES,<br><br>Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 26 Civ. 5709 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On July 7, 2026, this Court ordered the parties to either submit a "fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form" or a joint letter "advising the Court that the parties do not consent [to proceeding before a Magistrate Judge], but without disclosing the identity of the party or parties who do not consent," within two weeks. Dkt. 5 at 1-2. To date, the parties have done neither. They shall submit one or the other by July 27, 2026.

SO ORDERED.

Dated: July 23, 2026
New York, New York

JOHN P. CRONAN
United States District Judge